

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-18-00331-CV

**CITY OF PEARSALL**,
Appellant

v.

Sergio **CORREA**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 16-12-00464CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 23, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court